UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:09-14253-CIV-MARTINEZ-WHITE**

DEMETRIUS OSBOURNE,

      Petitioner

vs.

WALTER A. MCNEIL,

      Respondent.

                                    /

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S
## REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate

Judge for a Report on  Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28

U.S.C. § 2254.  Magistrate Judge White filed a Report (D.E. No. 19), recommending that this

petition be denied. The Court has reviewed the entire file and record and has made a *de novo*

review of the issues that the objections to Magistrate Judge's White's Report present.  After

careful consideration, the Court affirms and adopts Magistrate Judge White's Report.

Petitioner has objected to Magistrate Judge White's Report reiterating arguments already

carefully considered and addressed in Magistrate Judge White's well-reasoned Report.  This

Court also finds with regard to Petitioner's claims for ineffective assistance of counsel that it

cannot find that the state court "applied *Strickland* to the facts of . . . [Petitioner's] case in an

objectively unreasonable manner."[1] *Bell v. Cone*, 535 U.S. 685, 699 (2002).  Therefore, it is

---

[1]The Court also notes that Magistrate Judge White considered Petitioner's arguments
relating to the victim's injuries as both a sentencing claim and as a part of Petitioner's ineffective

hereby:

ADJUDGED that United States Magistrate Judge White's Report **(D.E. No. 19)** on  is

**AFFIRMED** and **ADOPTED**.  Accordingly, it is

ADJUDGED that

1.      Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. §

2254 is **DENIED**.

2.      This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of October, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Demetrius Osbourne

---

assistance of counsel claim.  *See* (D.E. No. 19 at 7,10).

In addition, the Court notes that Petitioner has misquoted *Epprecht v. State*, 488 So. 2d 129 (Fla. 3d DCA 1986).  Petitioner states that in *Epprecht* the Court found that "the Court is 'not at liberty to assume that items given such emphasis by the [prosecutor], did not influence the sentence.'" (D.E. No. 23 at 16) (quoting *Epprecht*, 488 So. 2d at 131).  The court in *Epprecht*, however, actually stated that the court was "'not at liberty to assume that items given such emphasis by the **sentencing court**, did not influence the sentence.'" *Epprecht*, 488 So. 2d at 131 (quoting *Townsend v. Burke*, 334 U.S. 736, 740 (1948)) (emphasis added).  In *Epprecht*, the sentencing judge made specific comments indicating that he relied on inappropriate evidence in sentencing the defendant.  488 So. 2d at 130-31.